# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDREW JOHN GIBSON,

    Plaintiff,

vs.

LISA C. CARTIER, et al.,

    Defendants.

Case No. 2:16-cv-00694-RFB-PAL

**ORDER**

    The Court has reviewed the record and submissions in this case. The Court finds that the Plaintiff has not clearly and adequately stated a claim or a basis for relief over which this Court would have jurisdiction. The Plaintiff has not filed a Complaint with cognizable claims and establishing this Court's jurisdiction. The mere recital of phrases associated with federal law or the Constitution is insufficient to adequately state a claim and establish this Court's jurisdiction. The Plaintiff has filed numerous motions in this case which have no basis in law. The Court will therefore dismiss this case with prejudice as the Court finds that amendment of the existing pleadings would be futile.

    IT IS THEREFORE ORDERED that this case is dismissed. The Clerk of Court is ordered to close this case.

    DATED: January 24, 2018.

RICHARD F. BOULWARE, II
United States District Judge